IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs.<br>1- GERMAN AMARO-RIVERA<br>Defendants | CRIMINAL 05-032CCC |

# O R D E R

Having considered the Report and Recommendation filed on May 13, 2005 **(docket entry 55**) on a Rule 11 proceeding of defendant German Amaro-Rivera held before Magistrate Judge Justo Arenason May 9, 2005, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant German Amaro-Rivera is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 9, 2005. The **sentencing hearing is set for July 28, 2005 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on May 25, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge